**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VINCENT STEVISON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v | ) | **Case No:** |
| | ) | |
| | ) | |
| **MEDICAL DATA SYSTEMS, INC.** | ) | |
| **d/b/a MEDICAL REVENUE SERVICE** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DISCLOSURE OF CORPORATION**
**INTERESTS CERTIFICATE**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for MEDICAL DATA SYSTEMS, INC.**,** hereby gives notice to the following corporate interests that are herewith disclosed:

1. The parent companies of the Corporation:
   None

2. Subsidiaries not wholly owned by the Corporation:
   None

3. Any publicly held company that owns ten percent (10%) or more of the Corporation:
   None

Respectfully submitted,

FRANKEL, RUBIN, BOND, DUBIN,
   SIEGEL & KLEIN, P.C.

By: /S/ MAYER S. KLEIN
   MAYER S. KLEIN, #MO32605
   mklein@frankelrubin.com
   231 South Bemiston Avenue, Suite 1111
   Clayton, Missouri  63105
   Telephone: (314) 725-8000
   Facsimile:  (314) 726-5837

1487-001/57844

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of November 2012, a true and correct copy of the foregoing documents was filed electronically through the Courts electronic filing system to:

    Richard A. Voytas, Jr.
    Eason & Voytas, LLC
    1 North Taylore Ave.
    St. Louis, Missouri 63108

    /S/ MAYER S. KLEIN
    MAYER S. KLEIN

1487-001/57844